STATE OF GEORGIA *v.* TENNESSEE COPPER COM-
PANY AND THE DUCKTOWN SULPHUR, COP-
PER AND IRON COMPANY, LIMITED.

IN EQUITY.

No. 1, Original. Decree, entered April 3, 1916.

Ordered to be entered, and former decrees modified as to escapement
of fumes, as to records to be kept in regard thereto, and also as to ex-
pense of inspection and division of costs.

THIS cause coming on to be heard on the report of the
Inspector heretofore appointed to observe operations of
the plant and works of defendant The Ducktown Sulphur,
Copper and Iron Company, Limited, and upon considera-
tion thereof

It is now here ordered, adjudged, and decreed (and all
former decrees are accordingly modified) as follows:

1. That defendant The Ducktown Sulphur, Copper and
Iron Company, Limited, hereafter shall not permit escape
into the air from its works of fumes carrying more than
45% of the sulphur contained in green ores subjected to
smelting.

2. That it shall not hereafter from April 10 to October 1
in any year permit escape into the air of gases the total
sulphur content of which shall exceed 25 tons during one
day and not more than 50 tons per day shall be per-
mitted to escape at other times.

3. That it shall keep a daily record of the amount of
green ores smelted, sulphur in green ore, acid made, sul-
phur in acid, per centum of sulphur recovered, sulphur
escaping, and per centum of sulphur escaping so that
statements may be compiled therefrom substantially the
same as Table 3, page 19, printed report of the Inspector.

It shall also keep a weather record showing direction and velocity of wind, humidity, temperature and pressure at intervals of six hours. These records, verified by the oath of a responsible officer or employee of the defendant, shall be reported to the Clerk of this Court immediately after the end of each calendar month.

4. That it shall deposit with the Clerk of this Court an additional sum of $125.40 to cover expenses and compensation of Inspector.

5. That the Clerk shall pay to Dr. John T. McGill, Inspector heretofore appointed, the sum of $3,375.40— $3,000 being compensation for services, and $375.40 to meet expenses incurred in excess of payments heretofore made to him.

6. The costs of the proceedings in the cause from February 24, 1914, to this date will be charged to defendant The Ducktown Sulphur, Copper and Iron Company, Limited; costs accruing prior to February 24, 1914, will be divided equally between The Tennessee Copper Company and The Ducktown Sulphur, Copper and Iron Company, Limited.

7. The cause will be retained on the docket until further order of the court.

April 3, 1916.